UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRI L.R.,<br><br>              Plaintiff,<br><br>   v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security Administration<br><br>              Defendant. | Case No. 2:20-cv-04155-SPG-AGR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint (ECF No. 8) filed by Plaintiff Kerri L.R. ("Plaintiff"), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge (ECF No. 25 ("Report")). The time for filing Objections to the Report has passed, and no Objections have been filed. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge reflected in the Report.

//

//

//

//

**IT IS SO ORDERED** that the decision of the Commissioner is affirmed, and that Judgment be entered for Defendant, the Acting Commissioner of the Social Security Administration.

**IT IS SO ORDERED.**

DATED: March 31, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE