JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRI L.R.,[1] <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK, Acting Commissioner of Social Security,[2] <br><br> Defendant. | Case No. 2:20-cv-04155-SPG-AGR <br><br> **JUDGMENT** |

In accordance with the Order Accepting the Findings and Recommendation of the United States Magistrate Judge filed concurrently herewith,

//

//

//

//

//

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek, the Commissioner of Social Security, is hereby substituted as the Defendant.

1        IT IS HEREBY ADJUDGED that judgment is entered for Defendant, the
2 Commissioner of Social Security.

3

4        **IT IS SO ORDERED.**

5

6 DATED: March 31, 2025

7                                    HON. SHERILYN PEACE GARNETT
                                     UNITED STATES DISTRICT JUDGE